**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **HENNESSY INDUSTRIES, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:15-cv-01092** |
| | ) | **JUDGE CRENSHAW** |
| **PLOMBCO, INC.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

    The Court has been informed by the parties that this action has been settled.   This action is

**DISMISSED** without prejudice to the right, upon good cause shown by August 15, 2016, to reopen

this action if the settlement is not consummated.

    IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE